| PROB 22 | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court)<br>2:04CR00079-01<br>2:06CR00070-01 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court)<br>CR08-0010 DLJ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Marcus Edward MOORE<br>Santa Rosa, California | DISTRICT<br><br>Eastern District of California | DIVISION<br><br>Northern |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Lawrence K. Karlton<br>Senior United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>08/18/2006 | TO<br>08/17/2009 |

FILED
JAN -7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**OFFENSE**
2:04CR00079-01: 18 USC 922(g)(1) - Felon in Possession of a Firearm (Class C Felony);
2:06CR00070-01: 18 USC 922(g)(1) - Felon in Possession of a Firearm (Class C Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/2/07
Date                                                                          United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 3 2008
Effective Date                                                          United States District Judge

CC: United States Attorney
    FLU Unit-United States Attorney's Office
    Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG