UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  5/23/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                                        **No.** CR-08-00010-DLJ

**Defendant:** Marcus Edward Moore [present; not in custody]

**Appearances for AUSA:** Douglas Sprague

**Appearances for Defendant:** Randall Knox

**Interpreter:**

**Probation Officer:** Sharon Alberts

**Reason for Hearing:**              **Ruling:**
Stat/Setting of Supervised Release Violation Hearing-HELD

**Notes:**

**Case Continued to   7/11/08 AT 9:00AM   for Stat re:  Supervised Release Violation**

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                      for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:**                  **Ends:**