UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   July 11, 2008

**Clerk:** Frances Stone
**Court Reporter:** IRENE RODRIGUEZ

**Plaintiff:**  United States

**v.**                                                                              **No.** CR-08-00010-DLJ

**Defendant:** Marcus Edward Moore [present; not in custody]

**Appearances for AUSA:** Chinhayi Coleman (for Doug Sprague)

**Appearances for Defendant:** Randall Knox

**Interpreter:**

**Probation Officer:** Sharon Alberts

**Reason for Hearing:**            **Ruling:**
**STAT RE: SUPERVISED RELEASE VIOLATION HEARING-HELD**

**Notes:**

**Case Continued to**             **for**

**Case Continued to:**  10/17/08 AT 9:00AM        for Stat re: supervised release violation
**Case Continued to:**        for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                     for Pretrial Conference

**Case Continued to**        for            Trial

**Excludable Delay: Category: Begins:**          **Ends:**